# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Title 18 U.S.C. Section 1542 - False Statement In Application For Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment, $250,000 fine, $100 special assessment, 3 years of supervised release

*E-filing*

## DEFENDANT - U.S.

▶ RUBEN ZABALETA, a/k/a Pedro Juan Figueroa Quinones Jr.

**DISTRICT COURT NUMBER**

CR07-00601   SBA

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) H. H. (Shashi) Kewalramani

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☑ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-00601 SBA

UNITED STATES OF AMERICA,

V.

RUBEN ZABALETA, a/k/a
Pedro Juan Figueroa Quinones Jr.,

E-filing

DEFENDANT.

## INDICTMENT

Title 18 U.S.C. § 1542 - False Statement In Application
For Passport

A true bill.

_____
Foreman

Filed in open court this 20th day of
September, 2007

_____
Clerk

Bail, $ No bail - arrest warrant.
Wayne D. Brazil    9-20-07

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7                             E-filing
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  OAKLAND DIVISION    CR07-00601
11 | UNITED STATES OF AMERICA,     )    No
12 |     Plaintiff,                )
                                   )
13 |     v.                        )    VIOLATION: 18 U.S.C. § 1542 - False
                                   )    Statement In Application For Passport
14 | RUBEN ZABALETA, a/k/a         )
   | Pedro Juan Figueroa Quinones Jr., )
15 |                               )    OAKLAND VENUE
   |     Defendant.                )
16 |                               )
17

18                         INDICTMENT

19 The Grand Jury charges:

20    On or about March 24, 2006, in the Northern District of California, the defendant

21
                              RUBEN ZABALETA,
22                    a/k/a Pedro Juan Figueroa Quinones Jr.,

23 did willfully and knowingly make a false statement in an application for a passport with the

24 intent to induce and secure the issuance of a passport under the authority of the United States,

25 for his own use contrary to the laws regulating the issuance of passports and the rules prescribed

26 pursuant to such laws, in that he submitted at the Main Office Station of the United States Post

27 Office in Oakland, California a Form DS-11 (Application for U.S. Passport) in which he falsely

28 stated that his name was Pedro Juan Figueroa Quinones, Jr. while, in truth and in fact, he then

INDICTMENT

1 | well knew that his true name was Ruben Zabaleta in violation of Title 18, United States Code,
2 | Section 1542(a).
3 | DATED:   A TRUE BILL.
4 | September 20, 2007
5 | FOREPERSON
6 | SCOTT N. SCHOOLS
7 | United States Attorney
8 |
9 | W. DOUGLAS SPRAGUE
10 | Chief, Oakland Division
11 | (Approved as to form: _____ )
12 | AUSA KEWALRAMANI
     Assistant United States Attorney

INDICTMENT